**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 6 2006

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| Taylor Corp: Pre Paid Cash Cards Unlimited ) | |
| Authors and Owners, John D Taylor ) | |
|          Steve K Taylor ) | |
| Registered Certificate Of Copyright ) | |
|          *Pro se* ) | |
|  Plaintiffs, ) | |

C.A. No. **7 - 0 6 C V - 1 2 3 - R**

| |
|---|
| **VS.** ) |
| MasterCard International Incorporated ) |
| VISA  USA  Inc., ) |
| EDP Licensing, Inc ) |
| Johnny Cash Pre Paid Cards ) |
| Green Dot Corporation ) |
| Dollar General Stores ) |
| Rite Aid Stores ) |
| Walgreen Stores ) |
| Next Estate Communications Inc., ) |
| CVS Pharmacy ) |
| Eckerd Pharmacy ) |
| Sunoco Pre Paid Cash Cards ) |
| Pathmark Pre Paid Cash Cards ) |
| Kum & Go, Pre Paid Cash Cards ) |
| Hess, Pre Paid Cash Cards ) |
| Cumberland Farms, Pre Paid Cash Cards ) |
| Food Lion, Pre Paid Cash Cards ) |
| Columbus Bank and Trust Company, ) |
| BANKFIRST, ) |
| First Premier Bank ) |
| MIO SnapPay Card ) |
| American Express Travel Related Services- ) |
| Company , Inc. ) |
| Radio Shack ) |
| *Net Spend* ) |
| Defendants, ) |

Jury Trial Demanded

Title
**"PLAINTIFFS COMPLAINT FOR DAMAGES--CLASS ACTION"**
**"CLASS ACTION ALLEGATIONS"**
**COPYRIGHT INFRINGMENT**

1.



**Rule 4.(h)(1) Service Upon Corporations And Associations**
(1) in a judicial district of the United States in the manner prescribed for individuals
by subdivisions ( c ) (1), or by delivering a copy of the summons and of the complaint
to an officer, a managing or general agent, or to any other agent authorized by appoint-
ment or by law to receive service of process and, if the agent is one authorized by
statute to receive service and the statute so requires, by also mailing a copy to the
defendant,
    **Rule 7. (a) Pleadings.** There shall be a complaint and an answer
        **(b) Motions and Other Papers** , (1) (2) (3)

**I.**

**Motion To Enter Plaintiffs Complaint For Damages Of**
**Copyright Infringement By Defendants**

Plaintiffs, Complaint

    **(1)** Now Comes, John D. Taylor and Steve K. Taylor, Authors and Owners of
Taylor Corp: Pre Paid Cash Cards Unlimited that has a Registered Certificate of
Copyright and of (TEXT) materials that teaches the methods and use's of Pre Paid
Cash Cards. Registered Certificate Copyright # PA 1-823-882 with registered (TEXT)
created November 11,2000. Effective date of registration, March 27, 2000. That is
*Prima facie* on its own merit. (Federal Register / Vol., 63 page 43426) paragraph (4)
registration will establish *prima facie* evidence in the court of the validity of the
copyright and the facts stated in the certificate. The Copyright Office examines a
work and issues a certificate only when it determines that work deposited represents
copyrightable authorship and that the other legal and formal requirements of the law
have been met. Under copyright law the registration of a copyright is *Prima facie,*
and would avoid a <u>direct verdict or motion to dismiss.</u> Taylor Corp: Pre Paid Cash
Cards Unlimited - registered certificate of copyright, being a *prima facie case,* as a
case sufficient on its face, being supported by at least the requisite minimum of
evidence, and being free from palpable defects. State of facts that entitles a party
to have the case to go the jury. One that will usually prevail in the absence of
contradictory evidence. The Plaintiff John D. Taylor and his son, Plaintiff Steve K.
Taylor and for their claims and cause of action against all the style-named Defendants
on page 1., with respect to that all of the Defendants have **Infringed** upon registered
Copyright, belonging exclusively to the Plaintiffs.

**II**

*Section 101*        *Subject Matter and Scope of Copyright*
Definitions

    "Copyright Owner", with respect to any one of the exclusive rights comprised in
a copyright, refers to the owner of that particular right.

      A work is "created" when it is fixed in a copy or phonorecord for the first time:
here a work is prepared over a period of time, the portion of it has been fixed at
any particular time constitutes the work as of that time, and where the work has been

*Footnote, part one of plaintiffs complaint ,and section 101 subject matter and scope of copyright, Definitions*  **2.**

prepared in different versions, each version constitutes a separate work.
   A "joint work" is a work prepared by two or more authors with the intentions that their contributions be merged into inseparable or interdependent parts of a unitary whole
   "Literary Works" are works, other than audiovisual works, expressed in words, numbers , or other verbal or numerical symbols or indicia, regardless of the nature of the material objects, such as books, periodicals, manuscripts, phonorecords, film, tapes, disk or cards, in which they are embodied.
   " Registration", for purposes of sections 205(c ) (2), 405, 406, 410(d) 411, 412, and 506(e), means a registration of a claim in the original or the renewed and extended term of copyright.
   The Copyright Office has issued the Plaintiffs a Registered Certificate of Copyright And text materials that is a fixed Original work. That has met all of the requirements of U S Copyright Office that has issued a valid certificate of copyright to the plaintiffs of an original work. That meets the above, *Section 101 Subject Matter and Scope of Copyright* DEFINITIONS.

## Section 106. Exclusive rights in copyrighted works 35
   Subject to sections 107 through 121 the owner of copyright under this title has the exclusive rights to do and to authorize any of the following:
(1) to reproduce the copyrighted work in copies or phonorecords; (2) to prepare derivative works based upon the copyrighted work; (3) to distribute copies or phonorecords of the copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending; also(4) (5) (6).
"Plaintiffs", "did not" under Section 106 authorize defendants to (1)reproduce the copyrighted work, (2) did not authorize defendants to prepare derivative works based upon the copyrighted works; (3) plaintiffs "did not" authorize defendants to distribute copies or phonorecords of the copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending; (4) (5) and in the case of literary, plaintiffs did not authorize the use of did by the defendants. (6) plaintiffs "did not" authorize the defendants to perform the copyrighted work publicly by mean of a digital audio transmission.

## (a) Rule 8. Claims for Relief (1) (2) (3)
   (1) A short and plain statement
That in all times herein material, Plaintiffs John D. Taylor and his son Steve K. Taylor, are a resident of the State of Texas, and of the Federal District in which this court is located, In The Northern District Of Texas, Wichita Falls Division.
   Plaintiffs are a 50/50 partnership of John D. Taylor and son Steve K. Taylor. Individuals of the State of Texas. Authors and Owners of Taylor Corp: Pre Paid Cash Cards Unlimited, whose principal place of business is at 2204 Stephens St., Vernon, Texas 76384, within the Northern District of Texas.
   (2) a short and plain statement of the claim showing that the pleader is entitled to relief, (ask for by Plaintiffs)
*Footnote, Section 105 Exclusive rights of plaintiffs, Rule 8.Claims for relief of Plaintiffs (1) & (2) of (3)*   **3.**

All of the Defendants have **Infringed**  upon the Registered Copyright,
belonging exclusively to the Plaintiffs. The amount of Damages sued for is in the
Tens of Millions of Dollars, already received by the joint Defendants, greatly
In excess of Jurisdictional Amount of $75,000.00

   (3) (a) a demand for judgment for the relief the pleader seeks. Relief in the
alternative or of several different types may be demanded. ( The plaintiff pleaders
seeks relief under,

**Section . 504 .** Remedies for Infringement: Damages and profits (a) (b) (c ) (d). and
**Section . 505 .** Remedies for Infringement: Cost and attorney's fees
**Section . 506 .** Criminal offenses (a)- (1) (2),  (b)subsection (a), (c )
**Section . 509 .** Seizure and forfeiture (a) (b),
ask for by the Plaintiffs, as to the court may see fair and just.)

   (b) Plaintiffs state a way in which relief can be granted to for the defendants,
relief in the alturnative or of several types may be demanded. By a fair and reasonable
settlement negotiations of Dollar amounts between the defendants, jointly or separately,
that is agreed too, by the plaintiffs and by the court, then plaintiffs will sign a release.
**LR. 16.3 (a) Settlement,** Parties in a Civil Action must make good-faith efforts to settle.
Settlement must begain at the earliest possible time, well in advance of any pre trial
conference.

### III
### Plaintiffs, sue Defendants for Damages Of Infringement

   (1) **Plaintiffs,** sue the Defendants, for the deliberate infringing theft of Plaintiffs
<u>Registered Copyright Certificate and Text, and written materials composed therein,</u>
<u>Teaching methods of selling a card to the public for cash through outlet markets,</u>
<u>for the public to spend and use as cash at electronic transfer and scan systems. Also</u>
<u>Defendants did wrongful and irreparable damage by (selling a card for cash over the</u>
<u>counter through convenient  stores and outlet markets  to be spent and used as cash at</u>
<u>any scan system using the Text written materials composed there in, belonging to</u>
<u>the  plaintiffs registered copyright and materials composed there in.</u>
<u>Plaintiffs also sue Defendants for the deliberate theft of manufacturing, marketing,</u>
<u>Distributing, Advertising on pre paid cash cards, Marketing Advertising, Illegal Trade</u>
<u>Marks, Illegal Copyright Pending s,  and methods of infringement,</u> did by all these Hugh
Companies without regard of Plaintiffs rights or damages, which is Special  Exemplary
Damages, over and above the actual damages, of  Eighty Seven Million Dollars.

   (2) Wherefore premise considered and new evidence, Plaintiffs ask that each and
every Defendant be served, and upon Final Hearing or Trial that the Plaintiffs recover its
Damages, in the amount of <u>Eighty Seven Million Dollars,</u> Court Cost, Attorneys Fees,
Plus Special Exemplary Damages of <u>One Hundred Seventy Million Dollars.</u> Plaintiffs ask
for <u>Injunction</u> against Defendants to remove their prepaid cash cards off all markets, with
out exception and punish the Defendants to the full extent of the Law.

*Footnote. Rule 8.(3) (a) a demand for judgment the Plaintiffs seeks relief and 3 (b) a way in which relief can be granted for*
*defendants.  Plaintiffs sue for deliberate theft, by infringement  upon Plaintiffs registered copyright  and written composed there in*

**4.**

**Section 504 . Remedies for infringement: Damages and profits**
 (a) In General.- Except as otherwise provided by this title, an infringer of
copyright is liable for either -
 (b)  (1) the copyright owner's actual damages and any additional profits of the
infringer, as provided by subsection (b); or
 (c )  (2) statutory damages, as provided by subsection (c ), (1) (2) -subsection(g) of
section 118) infringed by performing a published non-dramatic literary work or by
reproducing a transmission program embodying a performance of such a work.
 (d)  (ADDITIONAL DAMAGES IN CERTAIN CASES.- In any case in which the court finds that a
defendant proprietor of an establishment who claims as a defense that its activities
were exempt under section 110(5) did not have reasonable grounds to believe that its
use of a copyright work was exempt under such section, the plaintiffs shall be entitled to,
in addition to any award of damages under this section, an additional award of two times
the amount of the license fee that the proprietor of the establishment concerned should
have paid the plaintiffs for such use during the preceding period of up to 3 years.

 **b) Section 501 . Infringement of copyright**
(a) Anyone who violates any of the exclusive rights of the copyright owner as
provided by sections 106 through 122 or of the author as provided in section 106A(a),
or who imports copies or phonorecords into the United States in violation of section
602, is an infringer of the copyright of the author, as the case may be.
(b) The legal or beneficial owner of an exclusive right under a copyright is entitled,
subject to the requirements of section 411, to institute an action for any infringement
of that particular right committed while he or she is the owner of it.
                                     **IV**
**1. (a)**Plaintiffs  claim, how defendants have Infringed upon Plaintiffs copyright.
Compare, plaintiffs exclusive rights  **1.(a)**  to  Defendants, **2.(b)**
    (1) A Registered Certificate Of Copyright
    (2) A Picture of  sorted Pre Paid Cash Cards with TEXT written materials composed
       there in.
    (3) Copyright Text materials that teaches the methods used to create Pre Paid Cash
       Cards
       (a)  Copyright (Text) teaches, to sale a card for cash through public markets
       Convenient stores, the internet, companies and industries to be used and spent
       as cash, Taylor Corp: Pre-Paid Cash Cards Unlimited states as many ways as
       you can spend money, is as many ways as you can spend a Taylor Corp; pre-
       paid cash card, Where ever there is a scanner to accept it, Next to cash, it's the
       best way to go, " Bar None".  A safe way to carry large amounts of cash on
       your person, any time. Card is worth what you pay for it, less a small user fee.
       Buy one today, use it up, then throw it away, then buy another one, or reload
       Cash Card if wanted. Cash Card has a pin code for your safety.
       (b) Copyright Certificate material show a fixed Picture of related art and Text,
       of  the first original product of Taylor Corp; pre-paid cash cards and its many
       priced denominations. Taylor Corp:Copyright Special Codes: 1/B/L      **5.**



**2. (b)** Defendants, Green Dot Corporation, Dollar General Store's, Rite Aid, Radio Shack Store's, Walgreen Stores, Next Estate Communications Inc., Columbus Bank and Trust Company, Visa USA Inc., MasterCard International Incorporated, MIO SnapPay Card, BANKFIRST, First Premier Bank, American Express Travel Related Services Company Inc., EDP Licensing, Inc., Johnny Cash Per Paid Cards, CVS Pharmacy, Eckerd Pharmacy, Sunoco Pre Paid Cash Cards, Pathmark Pre Paid Cash Cards, Kum & Go, Pre Paid Cash Cards. Hess Pre Paid Cash Cards, Cumberland Farms Pre Paid Cash Cards Food Lion Pre Paid Cash Cards, Net Spend Pre Paid Cash Cards. Did and still does, wrongfully and willfully infringe upon the plaintiffs registered copyright by joining and did together make, manufacture, promote, advertise, produce ,and sale Cards for cash, through outlet markets, to be spent as cash, at any place that excepts their cards, to be used as cash. Pre Paid Cash Cards worth only the amount paid for, plus a user fee to activate their card. Using small medium or large valued cards, 20,50, on up, how ever much size card, one wants to by. A cash card to be used up and throw away or reload if wanted. (The method tought in the Registered Copyright materials registered Text, belonging exclusively to Taylor Corp: Pre Paid Cash Cards Unlimited.) The United States did buy from MasterCard International Inc. and Visa USA Inc., Pre Paid Cash Cards of $2000.00 each, for Katrina victims. Issued to victims to be spent as cash , for what ever, as cash, to be used up and thrown away .Visa and MasterCard issued tens of thousands of $ 2000.00 pre paid cash cards to the Katrina victims, and infringed upon Taylor Corp: Pre Paid Cash Cards Unlimited exclusive Registered Copyright and text methods revealed in the registered text, by doing so. This being only a sample of the infringement did everyday. By the defendants. (A Registered Certificate Copyright, Text materials, and manufactured product owned by plaintiff claimants pre-dating any other registered certificate of copyright by defendants.) (New and other evidence of infringement did by defendants.)

**LR 26.2 (a)**                         **Exhibits**
**Exchanging Exhibits,** must be exchanged with the opposing parties at least 3 days before the scheduled date for trial.( Plaintiffs will now show a registered certificate Of copyright, and will show copyrighted Text materials exchanged with the opposing Parties at least 3 days before the scheduled date for trial or sooner.

  **Rule 12. (a) When Presented.**
(A) within 20 days after being served with the summons and complaint,
        Plaintiffs ask the court, that after 20 days, if the defendant does not respond to the above rule_12 in a timely manner, that the defendants brief be stricken and be found in default.

**Section 107. Limitations on exclusive rights: Fair Use**
In determining whether the use made for a work in any particular case is a fair use the factors to be considered shall include--
   (1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;                    **6.**

Plaintiffs claim that on the fact that "every commercial use is presumptively unfair", that the defendants attaching to commercial uses, that its " blatantly commercial purposes prevents this parody from being a fair use". Next the Court of Appeals determined that, by " taking the heart of the original and making it the heart of a new work had, qualitatively, taken to much. Finally, the court, after noting that the effect on the potential market for the original ( and the market for the derivative works) is undoubtedly the single most important element of fair use," *"Harper & Row Publisher, Inc.  v. Nation Enterprises,* 471 U.S. 539, 566 (1985) **Defendants**, are selling pre paid cash cards over the counter from convenient stores, outlet markets, and the internet. A cash card To be used for cash at any market that has a scan system. For gigantic commercial gain for which there is no "fair use". Which is a direct infringement upon Plaintiffs registered copyright and exclusive rights. **Section 501** (a), by section 106 A (a) as used in this subsection, the term "anyone" includes any State, any instrumentality of a State, and any officer or employee of a State or instrumentality of a State acting in his or her official capacity. Any State, and any such instrumentality, officer or employee, shall be subject to the provisions of this title in the same manner and to the same extent as any non-governmental entity.

## V.

### Plaintiffs  Definite Statement

**1.** Plaintiffs state that, MasterCard International Incorporated, VISA USA Inc., Green Dot Corporation  and American Express Travel Related Services Company Inc., knew of Plaintiffs registered Certificate of Copyright and Text materials, methods there in, yet they chose to promote and team up with these other defendants to create a pre paid cash card and create nondramatic textual works, including volumes, leaflets, pamphlets, folders, sheets, notebook textual materials, and papers prepared for oral delivery, also created commercial prints and computer movies, labels, including record jackets, cards, packing for merchandise, and advertising. Which is a "blatant" infringement did by the defendants upon plaintiffs registered Copyright and Text materials there in. Plaintiffs Copyright <u>Special Codes</u> as shown in plaintiffs copyright search in the exhibit sheet of this suit. <u>1/B/L</u>, exclusive rights given to the plaintiffs, by the US Copyright Office. Taylor Corp: Pre Paid Cash Cards Unlimited is the First Original Registered Copyright, of pre paid cash cards. That would set precedence over other pre paid cash cards copyrights.

**2.** Plaintiff states that, Dollar Genera Stores Inc., Rite Aid Pharmacy Stores, Walgreen Pharmacy Stores, CVS Pharmacy, Eckerd Pharmacy, Radio Shack, Sunoco, Pathmark, Kum & Go Convenient Stores, Hess, Cumberland Farms, Food Lion, have teamed up with Green Dot Corporation and claim to sale their cash cards nationwide, over the counter for cash, through outlet markets and convenience stores to be used as cash, a cash card only worth what you pay for it. A throw away cash card or reloadable. Sold in different denominations of value.

Green Dot Corporation Cash Cards are issued by Columbus Bank and Trust pursuant to licenses from MasterCard International and Visa USA Inc., and Green Dot Corporation. MIO SnapPay cash cards issued , produced by BANKFIRST , Net Spend cash cards and Johnny Cash Pre Paid cash cards are under the Master Card                7.

and Visa Licenses. EDP Licensing and EDP Technologies Corporation ( TM ) under a new release from MasterCard to produce ,manufacture, advertise, process, and sell cash cards to outlet markets to be spent as cash at any outlet markets nationwide. Even a child knows what is his and knows what theft is, as we plaintiffs know what belongs to us. Plaintiffs have not used others works, but have been used "wrongfully and blatantly infringed upon". Green Dot Corporate cash cards are provided by Next Estate Communications , Inc.,  It is written that in **Section 1204.** Criminal offences and penalties  (a) In General- Any person who violates section 1201  or section 1202 willfully and for purposes of commercial advantage or private financial gain- (1) & (2) of section 1204  should apply for different defendants, as some have violated for the first time and others knowingly and willfully continue to violate for commercial advantage purposely. Title 17 states that only the author has the right change,modify, licenses, lend, lease, promote or sale. Taylor Corp Pre Paid Cash Cards Unlimited having been the First Original registered Certificate Of Copyright and Text materials therein with exclusive rights listed in Exhibit  Copyright Search of Special Codes 1/B/L of this case. Defendants have infringed upon all the exclusive rights of the Plaintiffs.

## VI
### Plaintiffs Compare Exhibit Material Teachings

Plaintiffs will show a registered certificate of copyright, a pictured fixed cash card art work that contains record materials, and registered (text) materials of teaching methods therein. And in the following, plaintiffs will show by comparing, fixed registered Text materials of teachings methods therein of the original first pre paid cash cards against the defendants Text material of pre paid cash cards teachings. In the Exibit Materials plaintiffs will highlight in the defendants materials of their infringement. And plaintiffs will show by comparing materials teaching methods, between the plaintiffs (a),  and defendants (b) following below.

1.(a) Plaintiffs text, picture and cash card materials teaches; a pre paid cash card for sale over the counter at outlet markets for cash and for sale through the internet
   (b) Defendants sale their pre paid cash cards over the counter for cash, at outlet markets and convenient stores nation wide.And many other outlets.

2. (a) Plaintiffs state the sale of a pre paid cash card for a small user fee
   (b) Defendants sale a pre paid cash card with a starter fee of $4.95 and other cards
       for $9.95

3. (a) Plaintiffs state the sale of a pre paid cash card in small, medium or large, $50., and
       up. Many different denominations sold at outlet markets for cash.
   (b) Defendants state to sale a pre paid cash card over the counter of outlet markets and
       Convenient stores nation wide for $20., $50., up to $10,000., cash.

4. (a) Plaintiffs state that a pre paid cash card is only worth what you pay for it, less a
       small user fee.
   (b) Defendants state you can only use their cash card for the amount of cash you load
       Into the card, plus a activation fee and monthly fee.                    **8.**

5. (a) Plaintiffs state pre paid cash cards can be spent as cash, use up the value stored In the cash card, then throw the card away or have re-loaded if wanted.
(b) Defendants claim the pre paid cash card is no good after being used up if not reloaded in 60 to 90 days, then throw the card away.

6. (a) Plaintiffs claim a pre paid cash cards is a safe way to carry large or small amounts of cash in a card on your person or wallet safely.
(b) Defendants claim their cash card is a safe way to carry cash in a card.

7. (a) Plaintiffs state, as many ways as you can spend money, is as many ways as you can spend a Taylor Corp: Pre Paid Cash Card where ever there is a scan system to accept the card or spend through the internet.
(b) Defendants claim their cash card is accepted as cash at over 30,000 markets nation wide, A growing cash card market of over "55 Billion" this last year.

8. (a) Plaintiff state and claim you can use your pre paid cash card to get cash at any electronic transfer system that services the cash card.
(b) Defendants claim you can use their pre paid cash card to get cash.

9. (a) Plaintiffs claim that their pre paid cash cards could be used to buy merchandise at all outlet markets that accept the cash cards and used to buy and spend for merchandise on the internet. And re-load funds to the cash card by and through the internet. Pre paid cash cards can also be purchased through internet sites.
(b) Defendants claim that their pre paid cash cards can be used to purchase merchandise through the internet and use the internet to re-load funds to their cash card. By use of electronic transfer.

10. (a) Plaintiffs, pre paid cash cards have a tracking number system, pin number, barcodes, magnet stripe, denomination value and color cards. Cards are recorded records, used for transactions and corp. ID. Cash cards give a receipt and a remaining balance when used.
(b) Defendants, pre paid cash cards have tracking numbers, pin numbers, magnet stripe for transactions and a corporation ID. Cash card gives a receipt and card balance when used.

11. (a) Plaintiffs, are and have the First Original Registered Certificate of Copyright and Text materials therein of Taylor Corp: Pre Paid Cash Cards Unlimited, owned by Authors, John D Taylor and son Steve K. Taylor.
(b) Defendants claim they have copyrights pending and that cash card sales will be a estimated "87 Billion Dollars" in 2007.

9.

## Conclusion

Plaintiffs, can only conclude that plaintiffs claim of infringement and wrongful doing did by the defendants is true. One could conclude by comparing in chapter VI of this suit (a) & (b) numbers 1 thru 11 that the defendants attaching to commercial uses, that its "blatantly commercial purposes prevents this parody from being fair use". Next the court of Appeals determined that, by taking the heart of the original and making it the heart of a new work, qualitatively, taken to much. Finally, the court, after noting that the effect on the potential market for the original ( and the market for the derivative works) is undoubtedly the single most important element of fair use," " *Harper & Row Publisher, Inc. V. Nation Enterprises, 471 U.S. 539, 566* (1985)

## Prayer

Plaintiffs, pray for relief, for damages of infringement and wrongful doing, did by the defendants, and upon findings of fact and *prima facie* merit of plaintiffs registered certificate of copyright and registered text materials therein, that the court and upon final settlement or final judgment  hearing or trial, **grant** plaintiffs request for relief that is fair and just. And such other relief as plaintiffs are entitled.

**Jury Trial Demanded**                    Date _July 26 2006_

*Pro se* Plaintiffs
Respectfully Submitted

Steve K. Taylor
1504 Texas St.  PO Box 587
Vernon, Texas 76384
Cell Phone, 940 886 8651
 Tel: 940-552-2167

John D. Taylor
2204 Stephens St.
Vernon, Texas 76384
Tel: 940-552-0634
Cell: 940-886-6672

**10.**

**LR 26.2 (a)  Exhibit's A**

   1.  Plaintiffs, show as evidence… a copy of Registered Certificate of plaintiffs Copyright Certificate, also a original pictured work of art, an original fixed work of different denominations of value cash cards that has a original fixed text of market procedures , and a copyright search papers of plaintiffs copyright registration.

   2. And plaintiffs, will submit  copyrighted text materials exchanged with the opposing Parties at least 3 days before the scheduled date for trial, or sooner, showing plaintiffs registered "Text" copyright materials and showing defendants material evidence of their infringement.

**EXHIBIT**

1. (a) Plaintiffs, registered Copyright Certificate and registered Text materials therein as proof of ownership of pre paid cash cards fixed Text Teaching methods and fixed art picture of denomination valued Pre paid cash cards and fixed text, belonging to John D. Taylor and son Steve K. Taylor.

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

### FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE



PA 1-923-982

EFFECTIVE DATE OF REGISTRATION

MAR      27    2000

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Taylor Corp. Pre Paid Cash Cards Unlimited

PREVIOUS OR ALTERNATIVE TITLES ▼ None

NATURE OF THIS WORK ▼ Material written discription of TaylorCorp. Pre Paid Cash Cards - To manufacture, and sale, pre-paid cash cards To register written material as (Text) for Certificate Copyright

**2** NAME OF AUTHOR ▼

a) John D. Taylor (½ owner )(Father)

DATES OF BIRTH AND DEATH
Year Born ▼ 1941   Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

Steve K. Taylor (½ owner )( Son)

DATES OF BIRTH AND DEATH
Year Born ▼ 1964   Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2000 This information must be given ONLY in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ Feb   Day ▶ 11   Year ▶ 2000
ONLY if this work has been published.
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

John D. Taylor, 2104 Stephens St, Vernon TX. 76384

Steve K Taylor (Son) Vernon TX 76384

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 13 2000

ONE DEPOSIT RECEIVED
SEP 13 2000   3/1/00

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
3/27/2000

---

MORE ON BACK ▶   · Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

\* Refers to in-process number and correspondence.
  No registration completed.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**  \* _12235761_   **Year of Registration ▼** _March 9, 2000_

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
_Card Sample, Sales product sheet, All written material to be registered as (Text)_
_Product material_

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**     **Account Number ▼** _David Know_

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / ZIP ▼
_John D. Taylor_
_2204 Stephens St_
_Vernon Tx 76384_
Area code and daytime telephone number ▶ _(940) 552-6470_     Fax number ▶ (        ) NONE
Email ▶ _round@ws.net_

b

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                        Name of author or other copyright claimant, or owner of exclusive rights ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
_John David Taylor_                              Date ▶ _Sept 2, 2000_

Handwritten signature (X) ▼
X _John D. Taylor_

**Certificate will be mailed in window envelope to this address:**
**Name ▼**
_John D. Taylor_
**Number/Street/Apt ▼**
_2204 Stephens St_
**City/State/ZIP ▼**
_Vernon, Texas. 76384_

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Who Needs it            Everybody Does!

"Coming Soon"        "To A Market Near You"

<u>For</u>  <u>Sale</u>

# Taylor Corp: Pre-Paid Cash Cards Unlimited

**As many ways as you can spend money, is as many ways as you can spend a,
Taylor Corp: Pre-PaidCash Card, Where ever there a scanner to accept it.
<u>Next to cash, Its the best way to go "Bar None"</u>**

A safe way to carry large amounts of cash on your person,any time.

Card Is Worth What You Pay For It, Less A Small User Fee

Buy ***One*** Code

## <u>Use It Up, Then Throw It Away</u>

### *Then Buy Another One*

**Card Has Pin Code For Your Safety**

**Copyright Protected All Rights Reserved**



U.S. Copyright Office - Search Records Results                    Page 1 of 1

 Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-023-882 (COHM)

|  |  |
|---|---|
| Title: | Taylor Corporation pre-paid cash cards unlimited. |
| Description: | 1 v. |
| Note: | Text. |
| Claimant: | acJohn D. Taylor , 1941-, & acSteve K. Taylor , 1964- (authors of a work made for hire) |
| Created: | 2000 |
| Published: | 11Feb00 |
| Registered: | 27Mar00 |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/B/L |

**Conduct Another Search**

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

## Special Codes Field

**Close This Window**

**Print This page**

This field stores five different types of information. The five elements always appear in the order shown below with a slash separating each element. Extra slashes are used as placeholders for empty elements, except where empty elements are at the end of the code.

The five elements are:

1. *Catalog of Copyright Entries* part code
2. Retrieval code
3. Copy location code
4. Year-end count code
5. NLS/BPH code

---

### Element 1: *Catalog of Copyright Entries* part code

This code describes broad categories of works. The numbers correspond to parts of the Catalog of Copyright Entries, a compilation previously published by the Library of Congress. More than one number may apply to an entry.

1 = nondramatic literary works, computer programs

2 = serials and periodicals

3 = performing arts, music, lyrics, plays, choreography

4 = motion pictures, filmstrips, commercials, newscasts

5 = visual arts (excluding maps), paintings, drawings, sculpture, technical drawings, prints, post cards, cartoons

6 = maps, atlases, globes

7 = sound recordings

8 = renewals (of all categories)

9 = mask works

This code describes the nature of the claimed material. Users of the older LOCIS system may limit completed searches based on the type of material.

A = Sound recordings and nondramatic textual works when registration covers both the recording and the underlying work

B = Nondramatic textual works, including volumes, leaflets, pamphlets, folders, sheets, nonbook textual materials, papers prepared for oral delivery

C = Computer programs, punch cards, magnetic tapes, databases, CD ROMs, floppy disks

D = Dramas (including accompanying music, if any), screenplays, operas. Since June 1983 includes choreography, pantomimes.

E = Sound recording and drama, including dramatic works with accompanying music when registration covers both the recording and the underlying work

F = Maps, atlases, globes

G = Toys, games, banks, and dolls (only for records added from Jan. 1978 through June 1983)

H = Small household items, including wallpaper, dinnerware, menus, napkins, wastebaskets, hampers, silver, stainless, lamps, ashtrays, placemats (only for records added from Jan. 1978 through June 1983)

I = Technical drawings, architectural drawings, mechanical drawings, instructional models (only for records added from Jan. 1978 through June 1983)

J = Jewelry and graphic designs for jewelry (only for records added from Jan. 1978 through June 1983)

K = Prints and pictorial illustrations, including banknotes, certificates, greeting cards, notepaper, dust jackets, postcards (only for records added from Jan. 1978 through June 1983)

L = Commercial prints and labels, including record jackets, packaging for merchandise, advertisements (only for records added from Jan. 1978 through June 1983)

M = Musical works

N = Sound recording and music when registration covers both the recording and the underlying work



# WILBARGER COUNTY

**STATE OF TEXAS**

**VERNON, TEXAS 76384**

February 14, 2002

THAT I, **PEGGY HENRY**, Notary Public for the
STATE OF TEXAS, hereby state that I Notarized
THE "NEW (PRE-PAID CASH CARDS) IDEAS AND USES."
FORM, presented to me by John D. Taylor, and
signed by John D. Taylor in my presence on
February 11, 2000.

Peggy Henry

**569**

JOHN D. TAYLOR
STEVE K. TAYLOR
2204 Stephens St.
Vernon, TX 76384
TO
PUBLIC

080457

FILED _____ O'CLOCK ___ M
FRANCES McGEE, COUNTY CLERK
WILBARGER COUNTY, TEXAS

FEB 11 2000

FEB. 11 2000                          Deputy

# TAYLOR CORP.

## (AUTHORS@OWNERS-... JOHN DAVID TAYLOR - STEVE KIMBLE TAYLOR) ALL RIGHTS RESERVED; PRODUCTS

## TAYLOR CORP. PRE-PAID CASH CARDS UNLIMITED

**A EASY WAY TO SAVE MONEY AND A SAFE WAY TO CARRY MONEY.**

**YOU CAN USE IT SIMULAR TO A PHONE CARD.**

**BETTER THAN A CREDIT CARD (IT IS CASH GARRENTEED) LOT LESS INTEREST.**
**YOUR PRE-PAID CASH CARD DON'T GET TURNED DOWN LIKE A CREDIT CARD THAT IS MAXED OUT, BECAUSE YOU KNOW HOW MUCH YOU HAVE IN YOUR PRE-PAID CASH CARD.**
**WHEN YOU SPEND UP THE MONEY YOU HAVE IN YOUR PRE-PAID CASH CARD, THROW IT AWAY. LIKE A USED UP PHONE CARD. THEN BUY A NEW PRE-PAID CASH CARD. IT'S THAT SIMPLE. A LOT SAFER THAN THAN CARRYING A LOT OF CASH.**

**AS MANY WAYS AS YOU CAN SPEND MONEY IS AS MANY WAYS YOU CAN USE A PRE-PAID CASH CARD.**

**OUR CASH CARDS COULD BE USED EVERYWHERE THERE IS A SCANNER.**

## PRE-PAID CASH CARDS IS THE SOUL IDEA , AND

## PROPERTY RIGHTS OF (TAYLOR CORP.) ALL RIGHTS

### RESERVED.

**JOHN D.TAYLOR**
**2204 STEPHENS ST.**
**VERNON TEXAS.76384**
**940-552-6470**

**STEVE K. TAYLOR**
**4013 MAPLE**
**P.O.BOX 587---VERNON TX.**
**940-552-6478**

570

# NEW (PRE-PAID CASH CARDS) IDEAS AND USES.

1. BUYING A PRE-PAID CASH CARD, LARGE OR SMALL; HAS CASH GARRENTEED VALUE.
2. USE CASH CARD EVERYWHERE THERE IS A SCANNER.
3. USE A PRE-PAID CASH CARD WITH PIN NUMBER AND YOU DON'T HAVE TO CARRY LARGE SUMS OF CASH ON YOU. JUST USE YOUR (PRE-PAID CASH CARD) IT'S A LOT EASIER TO CARRY, THAN A LOT OF CASH, AND A LOT SAFER.
4. YOU CAN ONLY SPEND,WHAT THE VALUE OF THE CASH CARD IS. THEN THROW IT AWAY. LIKE YOU WOULD A PHONE CARD; THEN BUY ANOTHER ONE,
5. THERE IS VERY LITTLE COST CHARGES FOR A (PRE-PAID CASH CARD). NOTHING LIKE THE INTEREST ON A CREDIT CARD. IN TIME A (PRE-PAID CASH CARD) WILL PROBIBLY MAKE CREDIT CARDS OBSOLIET. NO ONE LIKES HIGH INTEREST,BUT BANKS AND MONEY INVESTERS, CREDIT CARD CO.
6. (PRE-PAID CASH CARD UNLIMITED) WOULD ENABLE YOU TO BUY ANY AMOUNT OF VALUED SIZE CASH CARD YOU WANTED,TO FIT YOUR NEEDS. AND WITH YOUR PIN NUMBER IT'S SAFE AS YOU KEEP IT.
7. WITH YOUR(PRE-PAID CASH CARD UNLIMITID NUMBER AND PIN NUMBER ) YOU WOULD BE ABLE TO BUY ANY THING OVER THE (INTERNET) OR ANY PLACE THERE IS A SCANNER. AS LONG AS YOU HAD THAT SIZE VALUED CASH VALUED CARD.
8. WHAT EVER MONEY CAN  BUY, A(PRE-PAID CASH CARD UNLIMITED) COULD BUY UP TO THE VALUE SIZE OF THE  CASH CARD.
9. I COULD GO ON, ON, ON, WITH THE POSSIBLITIES; BUT BY NOW YOU'VE GOT THE PICTURE.02/11/2000

NAME@AUTHOR; JOHN DAVID TAYLOR

ANY REPRODUCTION OF THIS SCRIPT OR IDEA IS STRICTLY PROHIBITED; VIOLATERS WILL BE PROSICUTED TO FULLEXTENT OF THE LAW PERMISSION GRANTED BY JOHN D.TAYLOR OR SON (STEVE K. TAYLOR) ONLY (OR FAMILY BROTHERS)

JOHN DAVID TAYLOR
2204 STEPHENS ST.
VERNON TX. 76384
PHO.940-552-6470

*John A. Taylor*

SWORN TO AND SUBSCRIBED BEFORE ME BY JOHN DAVID TAYLOR, THIS THE 11th day of February, 2000.

*Peggy Henry*
NOTARY PUBLIC, STATE OF TEXAS

PEGGY HENRY
COMMISSION EXPIRES
NOVEMBER 7, 2000

STATE OF TEXAS          COUNTY OF WILBARGER
I hereby certify that this instrument was filed and time stamped hereon by me and was duly recorded in the Official Public Records of Wilbarger County, Texas.

VOL. 511 PAGE 569
Frances McGee
Wilbarger County Clerk
*D. Sullivan*
Deputy

(Authors@Owners:John D. Taylor,and son; Steve K. Taylor)

**Of  the discovery, idea.and invention of the following products;**

| | |
|---|---|
| Company name | (TAYLOR CORP.) |
| Address | 2204 Stephens St. |
| City | Vernon,Tx. 76384 |

John D. Taylor                                        Steve K. Taylor
940-552-6470                                        940-552-6478

### Summary Program

TAYLOR CORP. ;  PRE - PAID  CASH  CARDS
Moto; As many ways as you can spend money is as many ways as
you as you can use a  PRE-PAID CASH CARD.

Buy a PRE-PAID CASH CARD; Spend  it like  cash.
A  PRE-PAID CASH CARD could be used any where there is a
scanner that honer PRE-PAID CASH CARDS. No matter what
size PRE-PAID CASH CARD you buy,it would only be worth the
amount of money you pay for. Use it like you would a phone card,
then throw it away. Your (PRE-PAID CASH CARD) is completely
garrented, for face value,depending on how much cash is in your
card. PRE-PAID CASH CARDS come with a Pin number and a
card number,for your protection, incase of lose or stolen, and or
counterfited. It would only be good for you or who ever you let use
your card and pin number. PRE-PAID CASH CARDS can be small
or as large as you want to buy,   medium to large PRE-PAID CASH
CARDS can be made renewable, instead of throwing it away,by
depositing money back to your card. Your card number and pin or
ID number could stay the same. With the same garrentee. Every
time you use yourPRE-PAID CASH CARD, The scanner would
give you a reciept so you would always know how much is left in
your card. It's hard carring around large somes in your wallet or
billfold and being safe, but with yourPRE-PAID CASH CARD it's
simple to carry,and much,much safer.

**ALL RIGHTS RESERVED**
(C)  2/11/2000   *JOHN D. TAYLOR*     *TEL;940-552-6470*

FILED *it 36* O'CLOCK *L* M
FRANCES McGEE, COUNTY CLERK
*WILBARGER COUNTY, TEXAR*

MAR 2 8 2001

By *S. Bullion* Deputy

## *Taylor Corp: Pre-Paid Cash Cards*

### *Copyright # 112233761*

*This product is protected by copyright law and International Treaties. Unauthorized reproduction or distribution of this product, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent under the law. All rights reserved*

*Author= John D. Taylor*

*Feb. 11 2000*

## *Taylor: Pre-Paid Cash Cards Unlimited*

*All such likeness, such as follows is the property and Ideas of **John D. Taylor, and Steve K. Taylor***

*1. Pre-Paid Cash Cards Unlimited*

*2. Pre-Paid Cash Cards*

*3. Pre-Paid Money Cards*

*4. Pre-Paid Fund Cards*

*5. Pre-Paid Currency Cards*

*6. Throw away and renewable Pre-Paid Cash Cards and the like, are the Text, Ideas, Property and Products of the **Taylor Corp:**, in all **Languages.** U.S.A., and all other countries included ( Authors and Owners= **John D. Taylor and son** J. D. Taylor*

***Steve K. Taylor.*** SKT

*Yours Truly,* ***John D. Taylor*** *, 2204 Stephens St.*

JO ANN BOURLAND
Notary Public, State of Texas
My Commission Expires 07-30-2004

3·28 2001

**Lucas Color Card**
50 NW 44th St.
Oklahoma City, OK 73118
TEL: 405-524-1811 * FAX 405-972-3300
Email: lucas@lucascolorcard.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/13/2000 | 31179 |

| BILL TO | SHIP TO |
|---------|---------|
| Taylor Corporation<br>2204 Stephens Street<br>Vernon, TX  76384 | Taylor Corporation<br>2204 Stephens Street<br>Vernon, TX  76384<br><br>Order# 11866 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| JD Taylor | COD | MW | 7/13/2000 | Federal Ex... | Oklahoma City | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 2 | Design Hour | Custom Art Design Hour | 40.00 | 80.00 |
| 150 | 4/1 30mil pla | 4/1 30mil Plastic Lam Data Card | 0.72 | 108.00 |
| 1 | Short Set-Up | Small Qty Order Set-Up | 75.00 | 75.00 |

Please pay from Invoice.
Tax-exempt status requires a copy of your State Sales Tax Permit Number.
1.5%  Finance Charge

| **Total** | $263.00 |
|-----------|---------|

# Taylor Corp: Pre-Paid Cash Cards Unlimited | home

**About Taylor Corp: Pre-Paid Cash Cards Unlimited** | News and Events | Location | Contact Us | Our Products and Services

The Trellix Cafe awaits you!
» Where the guests come togo & together for your chit?
» How about some fun awards and much.







## About Taylor Corp: Pre-Paid Cash Cards Unlimited

Our begining, started in Febuary,2000.
A time when to my knowledge, no one even
heard of Pre-Paid Cash Cards. Neither had
the Copyright Office. I Suppose that is the
reason we have the Copyright, on Taylor Corp:
Pre-Paid Cash Cards Unlimited.
Some kinds of different travel marts, markets,
banks,and gasoline outlet marts, claim to have
debit cards, gift cards, some claim cash cards
for their own market buisness. To be used at
only their buisness line. These are not cards
you can spend  every where;, just at certain
locations.
It is our  Aim to sale real Pre-Paid Cash Cards
to the public, for cash, to be used like cash,
spent like cash. How ever the card holder choses
to spend the card. Where ever there is a scanner
to accept them. As many ways as you can spend
cash, is as many ways you can spend, a Taylor Corp:
Pre-Paid Cash Card. Next to cash, its the best way
to go Bar none. Cash Cards will be for sale, at most
any public outlet Markets. To be used like cash at any
public Markets, that have scanners to accept them.
Buy the Pre-Paid Cash Card like you would a phone
card. Use it up, Throw it away, Then buy another one.
Pre-Paid Cash Cards come in many different denomi-
nations. What ever size you want to buy, large, medium,
or small. What ever you can afford. The cash cards are
worth exactly what you pay for them, less a one time
user Fee. Larger cash cards can be re-newed and keep
your remaining card, add to the cash card, with a deposit.
only a small user Fee cost. We will be glad to supply
other information, concerning the Pre-Paid Cash Cards,
if need be.  **Thank you** for visiting our Web Suite.

The First and Original  Pre-Paid Cash Cards Unlimited
Copyright 2000  John& Steve Taylor  **All rights reserved**

*Do it Fast!*


70



# Taylor Corp:Pre-Paid Cash Cards Unlimited



## Next To Cash, Its The Best Way To Go, BAR-NONE

Welcome to the Taylor Corp: Pre-Paid Cash Cards Unlimited web site.
Coming Soon-To a market near you.Who needs it?
Everybody Does. Sooner or Later. A Pre-Paid Cash Card
is worth what you pay for it, less a small user fee.
Spend what you have in your cash card, then throw it
away, then buy another one. Cash Cards come in many
different sizes, small, medium, or large. What ever
fits your needs. A safe way to carry large amounts of
cash in a card, on your person safely. You get a reciept
every time you use your cash card, you always know what
balance is left in your card. Cash Card has Barcodes,
magnet stripe,and personal ID code. Only the person
having the card, would know the ID code. If lost or
stolen, It would be no good to anyone else. If you
were to lose your wallet with cash in it, its gone.
But if you lose your cash card,and know your last
transaction balance, you could call in to the Co. and
and get another card with the same balance, less a
small user fee. There are serveral different Brand
Names,under the Taylor Corp: Pre-Paid Cash Cards
Unlimited. Just to name a few,(Pre-Paid Cash Cards)
(Pre-Paid Funds Cards)(Pre-Paid Currency Cards)
(Pre-Paid Money Cards)(Pre-Paid Bucks Cards)All such
likenesses. In all languages in all countries.
(C)Registered Copyright (Taylor Corp: Pre-Paid Cash
Cards Unlimited) 2000`
Any reproduction of this script or text is strictly
prohibited. Violaters will be prosicuted to the full-
extent of the Law.


Joke Page


Today's Comics


Mini Quiz


Games


Sign Guestbook


Read Guestbook

Search

**Thank You , for visiting our Web Site. Contact e-mail round@wf.net Tel:940-552-6470**

6/28/2001



Welcome to the Taylor Corp: Pre-Paid Cash Cards Unlimited web site.
Coming Soon- To a Market near you.
Who needs It? Everybody Does.
Sooner or Later.
Buy a Pre-Paid Cash Card.
Card is worth what you pay for it,
less a small user fee.Spend what
you have in your card, then throw it
away,then buy another one.
As many ways as you can spend
money, is as many ways as you
can spend a Taylor Corp: Pre-Paid
Cash Card Unlimited. Buy whatever
size card fits your needs. A safe
way to carry large or small amounts
of cash in a card. Card has a pin #
Megnet Strip, Bar code,and Market
number. You get a receipt very
time you use your Card. So you
always know the balance in your
Card. Complete privicy and safty.
No one Knows what you are carrying
but you. There are serveral different
Brand Names, under the Taylor Corp:
Pre-Paid Cash Cards Unlimited.
     Just To name a few
1. Pre-Paid Cash Cards
2.Pre- Paid Funds Cards
3.Pre-Paid Currency Cards
4,Pre- Paid Money Cards
5.Pre-Paid Bucks Cards
6. All such likenesses
Copyright 2000 John & Steve Taylor
     All rights reserved

http://members.tripod.com/round9/index_m.htm                    6/28/2001

# Taylor Corp: Pre-Paid Cash Cards Unlimited



*Statue of Liberty*

**Yahoo**

Yahoo!

Yahoo! Games

Yahoo! Photos

Yahoo! Greetings

**http://www.geocities.com/round76384**

*Name:*   John Taylor

*Email.*   round76384@yahoo.com



Coming Soon, To a market near you. Who needs it? Every does, sooner or later. Taylor Corp: Pre-Paid Cash Cards Unlimited are to be sold to the market outlets for cash, to be spent like cash, where ever there is a scanner system to accept them. Pre-Paid Cash Cards come in many different sizes, small,medium, and large. A safe way to carry large amounts of cash on your person. As many ways as you can spend money, is as many ways as you can spend a Pre-Paid Cash Card. Next to cash, its the best way to go Bar-None.We hold the First Orignal and only known Registered Copyright.Febuary/11/2000. John&Steve Taylor,Vernon Tx. For information on Taylor Corp Pre-Paid Cash Cards Unlimited can be found at http://members.tripod.com/round9/index_l.htm

All rights Reserved

for replacing a lost or stolen card. The gift card, which can be used at any store that accepts Visa, also expires after a year.

Some Fortune 500 companies have been sued too. In lawsuits filed recently in Illinois, a consumer charged **Wal-Mart Stores**, Inc. (Research) and Kmart Holding Corporation (Research**) of violating the law by refusing to refund gift card balances of $1.39 and 52** cents, respectively. The complaints also accuse the retailers of charging illegal expiration and non-usage fees.

**While $2.50 here and 52** cents there doesn't sound worth quibbling about, the numbers add up to huge savings for gift card issuers, argues Dale McCormick who, as Maine's Treasurer, regulates gift cards on behalf of state consumers.

"We're talking big dollars," said McCormick. For consumers to buy a gift card and then watch the card's value diminish with or without actual purchases, "doesn't make sense."

McCormick said the Maine legislature will soon take up a bill that bans service fees not just on gift cards but also on all so-called stored-value cards.

**Indianapolis-based** Simon Property (Research) **denies its gift card** policies are illegal and argues in court that the states don't have grounds to sue because the card is issued by a national bank and, as a result, comes under federal law. A company spokeswoman noted too that the card has special features that cost the company money to administer.

### A big business that's getting bigger

There's no question that gift card sales are booming. **The National Retail Federation estimates that $55 billion worth of gift cards were sold in 2004. Gifts cards will be an $85 billion business in 2007, according to TowerGroup.**

Retailers like gift cards because, unlike paper gift certificates, they can simply deduct the value of the purchase from the card without having to return a cash balance or create a new certificate for the leftover amount. What's more, plastic gift cards boost sales: studies have shown that gift card users often exceed the value of their cards when they do redeem them.

Traditional gift cards issued by retailers are regulated by state law. Therein lies one of the causes of the growing controversy over gift card policies.

Only six or seven states have laws on the books that address electronic gift card policies specifically, including expiration dates and the so-called non-usage fees that kick in if they aren't used, said Paul Griffin, a San Francisco lawyer and Thelen Reid & Priest partner who has defended retailers in gift card litigation. He said California, which banned expiration dates in 1997 and non-usage fees this year, is the most stringent.

## EXHIBIT

2. (b)  Defendants, evidence of infringement did by the defendants, against the plaintiffs. Plaintiffs, have highlighted in defendants text materials, of infringement did to plaintiffs registered copyright and registered text materials owned by John D. Taylor & Steve K. Taylor.

# WHY CHOOSE GREEN DOT®?

**1** Green Dot is a real Visa® Card, not just an ATM card like other brands sell. Green Dot Visa is accepted at millions of locations worldwide where Visa Debit is accepted. Using a Green Dot Visa is better than carrying around cash and more convenient than a checking account. Use your Card to safely hold your cash and keep track of what you spend. With a Green Dot prepaid Visa, there is no credit limit. Instead, the Card's spending limit is determined by the amount of money you load onto the Card. For example, if you load $400, then the Card will only allow up to $400 to be spent. Use your Green Dot Visa to:

- Guarantee hotel reservations
- Buy online and over the phone
- Use at stores and restaurants
- Pay at the pump
- Pay bills safely and securely
- Book airline tickets

Plus, your Green Dot Visa Card can be used to get cash at just about every ATM in the world.²

So why walk around with a no-name ATM card in your wallet when you have the convenience and flexibility of a real Visa Card.

**2** Green Dot means safety. When you put your money on a Green Dot Visa, you can relax: Your money is safe - even if your Card gets lost or stolen. If this happens to you, we'll reimburse your stolen funds and send you out new cards fast.³

**3** Green Dot cards are easier and more convenient to reload. With Green Dot, you can add more cash to your Card at tens of thousands of major retailers nationwide by simply purchasing a Green Dot Universal Reload.™ Odds are, there's a Green Dot location right around the corner from you. With other brands, finding a reload location can be like finding a needle in a haystack. Check out all the Green Dot reload locations by visiting www.greendotonline.com or calling 1-800-GREENDOT. You can also reload automatically for free with payroll Direct Deposit.

**4** Green Dot costs less. Other brands charge you a fee every time you use your Card. We think that's a rip off. With Green Dot, you never pay a purchase transaction fee. One low fee of $4.95 per month gives you unlimited use.⁴

**5** Green Dot means customer satisfaction. 9 out of 10 Green Dot customers say they are highly satisfied with their cards. In fact, most people choose Green Dot because a friend recommended it to them. We're so sure you'll love your Green Dot Visa Card that you're covered by a 30-day money back guarantee.

## You Got the Dot?



---

**This product may not be refunded at Dollar General for any reason.**

**Privacy Information** Next Estate Communications, Inc. (NEC) will collect information* from you during the activation process for both NEC and the issuing bank, Columbus Bank and Trust Company (CB&T). CB&T will use the information to verify your identity and process your cards NEC will use the information to provide you with offers for its additional products and services. Information regarding the privacy policies of NEC and CB&T is available at www.greendotonline.com.

*Federal law requires us to obtain and verify your name, address, date of birth and Social Security Number

You agree to be bound by the agreement that accompanies your cards, including its provision for the arbitration of certain disputes (which may affect your access to courts). You can also view the agreement at www.greendotonline.com

¹Green Dot branded cards are sold by more retailers nationwide than any other brand. ²Use at ATM displaying the Interlink or Plus logo. An ATM fee will apply. A separate fee by the ATM owner may also apply. ³Visa's Zero Liability does not apply to commercial card or ATM transactions, or to PIN transactions not processed by Visa. See your Cardholder Agreement for details. For ATM use, a separate fee will apply. See Cardholder Agreement for a complete schedule of fees. A $4.95 monthly maintenance fee will be collected beginning on the earlier of (a) when you activate the Card or (b) 90 days from the date of purchase except where prohibited by law.

©2005 Next Estate Communications, Inc. Card is provided by Next Estate Communications, Inc. The Card are issued by Columbus Bank and Trust Company pursuant to a license from Visa U.S.A. Inc. Next Estate is a member service provider for Columbus Bank and Trust Company. Visa and the Visa flag are registered trademarks of Visa International. Green Dot is a registered trademark of Next Estate Communications. In Universal Reload is a trademark of Next Estate Communications, Inc.



Activation fee: $9.95

**You Got the Dot?**
Learn all about it inside.

## How to set up your Green Dot Visa cards:

1. **Take to cashier.** Prepay $20, $50, $100, $200 or $400 plus an activation fee of $9.95.

2. **Activate either online or by phone†.** You will need the Activation Number printed on your receipt.
   Online: Online is fastest and easiest.
   Go to www.greendotonline.com and click the "activate" button.
   By Phone: Simply call 1-866-443-6227

3. **Your real personalized Visa cards** and Cardholder Agreement will arrive in the mail within seven business days. Rush delivery also available!

   †If you are under 18, phone activation is required and your parent or legal guardian will need to be with you when you call.

   After activation, you can use your Visa Card Number immediately for online, phone and mail order purchases only.

**You Got the Dot?** 

Card is issued by Best Bank Commerce, Inc. The Card is issued by Columbus Bank and Trust Company pursuant to a license from Visa U.S.A. Inc.

27.587.VSEP05


**$29.95**


**$59.95**


**$109.95**


**$209.95**

**$409.95**



AMERICA'S #1 BRAND!

VISA

**green dot**

Reloadable
# Prepaid
# Visa® Card
**DOLLAR GENERAL** *ValuPak*
*for everyday use*

2 Visa cards for the price of 1!

- No credit check*
- No bank account required
- Load & activate today

DEBIT   VISA

## Put the prestige of Visa in your wallet!

**You Got the Dot?** Learn all about it inside.



**Corporation**

About Us     Products     **Retail Partners**     Network     Find

Services for Retailers

## Overview







**VISA**

### Retail Partners Overview

Green Dot Card products can be found at the following retailer

- Cumberland Farms
- CVS Pharmacy
- Dollar General
- Eckerd Pharmacy
- Food Lion
- Hess
- Kum & Go
- Pantry
- Pathmark
- RadioShack
- Rite Aid
- Sunoco
- Walgreens

Green Dot Card products also can be purchased at hundreds
other locations nationwide.

**WHERE TO PURCHASE A CARD** ····

©2006 Green Dot Corporation  Patent Pending. Green Dot is a registered trademark of Green Dot Corporation
Green Dot Corporation Cards are issued by Columbus Bank and Trust Company pursuant to licenses from MasterCard International and Visa U S
Dot Corporation is a member service provider for Columbus Bank & Trust  MasterCard and the MasterCard brandmark is a registered trademark of
International, Inc  Visa and the Visa flag are registered trademarks of Visa International  Privacy Policy



# Pre Paid Card Guide

**What is a Prepaid Cash Card?** | **Is the Prepaid Visa® Cash Card for you?** | **Why do you need it?**

### What is a Pre Paid Cash Card?

It is a pre-paid reloadable card that can be used everywhere Visa® is accepted – at stores, gas stations, restaurants, theaters, in the mall and online. It can also be used to get cash from ATMs. The card is great for everyday purchases, special occasions, and emergency back up.

As a Prepaid Cash Card, it has its own built-in spending limit, (Up to $10,000) set by how much money is loaded to the account and how frequently

**Advantages:**

- **SAFE** - Because you are protected from unauthorized transactions if the card is lost or stolen.

- **EFFECTIVE** - You can control your spending.

- **CONVENIENT**- Prepaid Cash Cards can be used everywhere Visa® is accepted.

### How does it work?

**Because** it is a Prepaid Cash Card, spending limits are set by the amount of money you load onto the card. (Up to $10,000) When you make a purchase with the Prepaid Cash Card, the purchase amount is deducted from the card balance. You can add more money on a regular basis or whenever the money runs low.

It is a way of carrying cash with a lower risk.

### Loading

Money can be conveniently loaded to your Prepaid Cash Card from a checking or savings account, cash deposits at any Bank of America, Payroll direct deposit or mail in deposit to our office. The card balance can be checked anywhere there's a computer or from any telephone-at home, at work-any time, day or night. Online customer service provides secure access to important account features and information, and telephone service is always available if a computer isn't handy.

**What is a Prepaid Cash Card?** | **Is the Prepaid Visa® Cash Card for you?** | **Why do you need it?**

June 23rd 2006

**What is a Prepaid Cash Card?** | Is the Prepaid Visa® Cash Card for you? | **Why do you need it?**

**Is the Prepaid Visa Cash Card for you?**

Prepaid credit cards are ideal for

- People who want to limit their spending limit
- Parents who want to teach teens how to create a budget, manage money, and shop wisely.
- Teenagers who don't have budgeting skills yet
- People with damaged or no credit history
- People who don't want to go over their budget

Budget conscious people:
Is your credit card bill getting out of control? If you need to control your spending, **the Prepaid cash card can solve** problem  Because it's a prepaid card and not a regular credit card, **spending is limited to the amount of money that** onto the card.

Parents
Parents are likely to give their children **prepaid cash cards with a set limit instead** of their own cards with a higher l you can teach your kids some lessons about spending and credit. The Prepaid Cash Card will help you guide then responsible spending

Students
For Students, **Prepaid Cash Cards provide the convenience of paying with a Visa® cash card** while learning good management skills. You get the independence you deserve, with the built-in spending controls of a Prepaid Cash (

People with bad or no credit history
Getting a Visa® Card has never been easier with Prepaid Cash Card. It offers one of the easiest ways to establish reestablish the credit you deserve  Your approval is 100% guaranteed once you meet the above minimum requirer There will be no credit checks or employment verification  Now you get the independence you deserve with the Pre Cash Cards.

People who are looking for an excellent gift idea
Prepaid Cash Cards are better than gift certificates because recipients enjoy freedom of their choice and more imp is reloadable and accepted any where the Visa® logo is displayed worldwide

**Benefits**

Many families with teens and college students are choosing Prepaid Cash Cards for the right balance of independe decision-making and parental controls

- **Spending independence** - You can use Prepaid Cash Cards just like regular credit cards. Just find what yo hand your card to the clerk, sign your name on the receipt, get a copy of the receipt and your card back--an done.

- **Convenience** - Prepaid Cash Cards can be used everywhere Visa is accepted-at stores, gas stations, resta theaters, in the mall and online.

- **Budgeting** - You figure out in advance how you'll spend it: spending can be controlled by how much money

loaded. In addition, Prepaid Cash Cards provide a simpler way to keep track of money vs. carrying cash.

- **Safer than cash** - Unlike losing that twenty-dollar bill, with Prepaid Cash Cards you're protected from unaut transactions if the card is lost or stolen. Cards can be replaced if lost or stolen.

- **Teaching tool** - Prepaid Cash Cards help you or your teens learn financial responsibility and good money management skills. Prepaid Cash Cards are a hands-on tool that teaches teens about finances in a control environment. You can monitor the balance and where the card is used either by going to your password-pro website and reviewing the transaction history and online statement in detail or by telephone

- **Security**: If you are still uncomfortable giving the numbers of the card on the Internet, **the Prepaid Cash Ca** answer. Since the card can be charged only up to the value of the pre-loaded fund, the thieves cannot make excessive charge using your card.

- **Gift giving** - Parent-approved gift givers can also fund the card for general-purpose spending or with virtual certificates for merchant-specific spending

**What is a Prepaid Cash Card?** | **Is the Prepaid Visa® Cash Card for you?** | **Why do you need it?**

Terms & Conditions      Privacy Policy      Card Guide



Enter Symbol:                    Quote                    ( Submit )

**Home        LiveCharts        News        Most Actives        Personal Finance        Por**



# EDP Licensing Secures Rights for Johnny Cash Prepaid Card

**27 April 2006, 9:00pm ET**

NASHVILLE, TN--(BUSINESS WIRE)--April 27, 2006--EDP Licensing, Inc (TM) announced today that they have entered into an agreement for a branded debit card program with the Johnny Cash Estate. Paul Cleveland, CEO of EDP Technologies Corporation(TM), said," We believe that those fans and friends who have enjoyed Johnny Cash's music might like to have this unique card with his image portrayed on it."

The **Johnny Cash Prepaid MasterCard**(R) card is among the first celebrity-branded debit card programs to be launched. Mr. Cleveland added, "We are excited to bring the legend of **Johnny Cash to our card product line** and believe that this marks another milestone in the prepaid card industry."

**The first in a series of Cash cards** is scheduled to launch next month according to Mr. Cleveland. He announced, "In time we will offer a variety of Johnny Cash cards with a choice of images. We hope Johnny's fans will be as excited about the program as we are."

**Prepaid** debit **cards are fast becoming the card of choice among American consumers. Last year, more purchases and bills were paid with debit cards than with checks**. For the past two years, debit cards have outgrown their big brother -- the credit card. Much like a **checking account without the paperwork, prepaid cards offer customers the convenience of** a credit card and the **"no-interest charge"** advantage of a checking account.

EDP Licensing ( www.edplicensing.com ), EDebitPay(TM) **and EDP Secure Deposit Card(TM) are wholly-owned subsidiaries of EDP Technologies Corporation,** one of the leading performance-based affiliate marketing groups in the country. EDP represents a large selection of financial service products in the online direct response market and specializes in lead generation, list management and all forms of online marketing.

For more information, please go to www.edplicensing.com .

MULTIMEDIA AVAILABLE:

http://www.businesswire.com/cgi-bin/mmg.cgi?eid=5135387

CONTACT: EDP Licensing, Inc.
                Barbara Weller, 818-706-7400

    SOURCE: EDP Licensing, Inc.

# mio     **SnapPay**



**The Smartest Way To Handle Money**

**Take to cashier to reload your card**

Step 1) Purchase your reload, amounts vary by retailer. A suggested retail reload fee of $4.95 may apply, varies by retailer.

Step 2) Call 1-866-83-...... When you call, you'll need to have your PIN number found on your receipt and your card account number you wish to reload.

Step 3) The value of this Reload is then available on your card to spend. Reload over and over again.

**Llévela a caja para recargarla.**

Paso 1) Compre las cantidades de carga; las cantidades varían entre los comerciantes. Hay un cobro de recarga sugerido al detalle de $4.95 varía entre los comerciantes.

Paso 2) Llame al ..................... Cuando llame, debe tener listo el número PIN del recibo y el número de la cuenta que quiere volver a cargar.

Paso 3) El valor de dicha recarga queda a su disposición en la tarjeta hasta que lo gaste. Recárguela cuantas veces quiera.

This card is issued by BANKFIRST. No refunds at this store.
See your cardholder agreement for details.
Esta tarjeta es expedida por BANKFIRST. En este almacén no se reembolsa.
Consulte los detalles en el convenio del titular de la tarjeta.

## corporate information

> Corporate Info
  Press Releases
  Partners
> Jobs
> Contact Us

> Home

**Vince Young Announces First Endorsement with NetSpend, National Leader in Prepaid Deb**

*NFL-bound quarterback, NetSpend fund college scholarship with All-Access card*

AUSTIN, TX, April 22, 2006 – AUSTIN, Texas – Former University of Texas football great and soi
NFL quarterback prospect Vince Young announced Saturday that his first professional player ei
agreement is with Austin, Texas-based NetSpend Corporation, the nation's leading marketer an
of prepaid debit cards

Young announced his debut endorsement partnership here at the firm's national headquarters
company of NetSpend and University officials. **Click here to watch the video.**

"Just as my time at U.T. helped enable me to have greater opportunities, NetSpend is empowe
all across the nation to change their lives with new freedom in their financial affairs," said You
what they are doing, and I want to be a part of it."

Young explained that in today's society, many people do not have or want a traditional bank a
credit card, so when they try to rent a car, make an airline reservation, or transact online, the
"No." But they still need a convenient vehicle to safely control their funds and to make purchas
access cash at will, and NetSpend's All-Access prepaid debit cards are the leading solution.

"This isn't just a card, it's the end of all those no's," Young said. **The All-Access card let's peo
'Yes I can,' and** that's what today and this partnership is all about."

**As a first step in their new partnership, Young joined NetSpend CEO Rick Savard and founders i
Bertrand Sosa to present a giant $10,000 NetSpend All-Access debit card -- rather than the tra
jumbo check --** to the University of Texas College of Communication to establish an Advertising
Marketing Scholarship Fund at the school.

Savard said that the company chose to partner with Young because of the person he is, his valu
the way he connects with people and his leadership.

"Vince Young represents the American dream come true," said Savard. "He is a leader, an inspir
we are proud that he has joined us to help consumers understand their options to have access
convenient and secure means to store and spend their money"

NetSpend has become the leader in the **rapidly growing prepaid debit** payments field. **The com
markets its own All-Access brand prepaid, re-loadable debit cards through distributors nationa
Visa or MasterCard branded cards can be used to make purchases anywhere those cards are ac
cards can be funded with a deposit of any amount up to $10,000 and act as a secure, federally
portable bank account, to be used at any of tens of thousands of retail or service locations acr
nation, or at any ATM.**

NetSpend also partners with prominent retailers to provide private branded cards, along with
one of the fastest growing categories of payment products.

**Founded seven years ago by brothers Roy and Bertrand Sosa**, privately-held NetSpend Corporat
**grown to a national leader in the prepaid debit category processing close to $3 billion in funds
its cards,** and has a staff of more than 200 employees at its Austin headquarters.

**About NetSpend Corporation**

**NetSpend Corporation** is the leading provider of prepaid debit cards for America's underserved The NetSpend platform offers an end-to-end approach that is unique in the prepaid payments i From customer acquisition and risk management to card fulfillment and customer service, NetS offers a vertically integrated product offering **that powers the infrastructure for prepaid payme** applications. **NetSpend's partnerships include agency agreements with the leading companies s un-banked and under-banked markets, as well as strategic relationships with card issuers, EFT** and payment card associations. **Click here** for more information.

Order an NetSpend All-Access Card now at allaccesscard.com.

NetSpend Corporation   Corporate Info   ·   Press Releases   .   Partners  :   Jobs  ·  Contact Us
NetSpend.com:  © 2003-06 NetSpend Corporation

P/N 06-00432-006

# Frequently Asked Questions
# The American Express℠ Gift Card

Congratulations on receiving the American Express℠ Gift Card. Accompanying these frequently asked questions is the American Express Gift Card Cardholder Agreement (the "Terms and Conditions"). PRIOR TO USING YOUR GIFT CARD, PLEASE REVIEW THE TERMS AND CONDITIONS FOR COMPLETE USAGE GUIDELINES, RESTRICTIONS AND APPLICABLE FEES.

**What is the American Express Gift Card and where can I use it?** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ businesses in the United States ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Use it for meals and entertainment or to purchase goods from catalogs, online vendors or at your favorite store. See Terms and Conditions for further details on Gift Card usage. The total dollar amount of purchases made with the Gift Card will be automatically deducted from the value of the Gift Card. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Do I need to do anything before using my Gift Card?** Yes. The Gift Card has no value until it is activated. Before using your Gift Card, please sign the back of it immediately and call 1-888-233-8637 to activate the Gift Card. Activation may not be possible for up to 24 hours after purchase. You should also write down your Gift Card number and keep it in a separate place, just in case it is lost or stolen. At the time of activation, for your protection and for compliance purposes, we may request that you provide the card security code printed on the front of your Gift Card, as well as additional identification information such ▓▓ your home phone number, date of birth ▓▓▓ zip code. For more information on this data ▓▓▓ the section below entitled "Before Usi ▓▓▓ data t Card" in the Terms and Conditions. Such ▓▓▓▓▓▓ d in confidence in accordance with the sec ▓▓▓ below entitled "Data Protection and Privacy" in the ▓▓▓ s and Conditions.

**Are there any fees associated with the Gift Card?** Yes. We encourage you to use your Gift Card soon! While you may leave a balance on the Gift Card as long as you wish, starting in the thirteenth month after the date ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ you may request a check to be issued to you for such amount. If you make such a request, ▓▓▓▓▓▓▓▓▓▓ check issuance fee of $10, subject to applicable law.

**Where is my Gift Card not valid?** This Gift Card cannot be used outside the United States and it is not for use at airline, cruise lines, hotel, car rental, telecom, gasoline merchants, casinos or ATMs. Additional usage restrictions apply. See Terms and Conditions for further details on Gift Card usage.

**Are there any other usage guidelines?** Yes. Please see below paragraphs for guidance if you desire to use the Gift Card in combination with another form of payment or if you plan to use the Gift Card at "tip" oriented merchants:

**SPECIAL NOTE CONCERNING "SPLIT TENDER" TRANSACTIONS/COMBINING FORMS OF PAYMENT:** If you have insufficient available funds on your Gift Card and you desire to use your Gift Card to purchase an item exceeding your available funds, depending on the merchant's policy, you may be able to use your Gift Card toward a portion of the final purchase price, and then use another form of payment to pay the balance of the final purchase price. This is called a "split tender" transaction because you would be splitting the final transaction amount between your Gift Card and another form of payment. Before you request a "split tender" transaction, please call Customer Service to check the balance of the funds on your Gift Card. Then, you MUST ask the merchant's representative if they can accept two forms of payment. If the merchant's cashier agrees, first request that the merchant place a specific dollar amount on the other form of payment (e.g., the final transaction amount less the balance of funds available on your Gift Card), and then use your Gift Card to pay the remaining balance. **Additional Note:** Some retailers, particularly department stores, will only allow a "split tender" transaction if the second form of payment is cash or check. Internet merchants do not permit "split tender" transactions and most mail order merchants will refuse such transactions.

**SPECIAL NOTE WHEN USING YOUR GIFT CARD AT RESTAURANTS AND OTHER "TIP" ORIENTED MERCHANTS:** When a restaurant, or other "tip" oriented establishment (e.g., lounges, spas, etc.) authorizes your Gift Card to receive approval from American Express to complete the transaction the establishment will often add a fixed percentage (approximately 20%) to the amount reflected on the bill presented to you prior to payment. This additional amount is meant to cover the tip that would normally be added to the bill by the customer. As a result of this increased authorization request, if you have insufficient available funds on your Gift Card to cover the amount that the establishment requested us to approve, your Gift Card may be declined. If you have more than sufficient available funds on your Gift Card to cover the amount that the establishment requested us to approve, it may result in a "hold" on your available funds for the additional amount if you choose to leave the tip using cash or another payment method. Once the establishment submits the final transaction amount to us we will remove the "hold" on your available funds for any additional amount exceeding the final transaction amount. This may take 3 to 7 days and during this period you will not be able to use any available funds in a "hold" position. As an illustration, if your meal, not including a tip, totaled $50 but the restaurant seeks approval from us for $60 (e.g., includes a $10 tip in the authorization request) and you choose to pay only the $50 for the meal with your Gift Card, leaving the tip in cash, then the additional $10 would be placed on "hold" until we receive a submission from the restaurant reflecting a final transaction amount of $50 on your Gift Card. TO AVOID A DECLINE OF, OR A HOLD ON, YOUR GIFT CARD, YOU CAN ASK THE ESTABLISHMENT TO AUTHORIZE A SPECIFIC DOLLAR AMOUNT. WE DO NOT GUARANTEE THAT THE ESTABLISHMENT WILL FULFILL THIS REQUEST.

**Certificate of Service**

   This is to certify that on the 26 day of July , 2006, a true and correct two
copies, the original and one copy of the above and fore going documents was
served to the Northern District Court of Texas, Wichita Falls Division.
And one copy each to the Defendants.


Steve K. Taylor                          John D. Taylor
1504 Texas St., PO Box 587               2204 Stephens St.
Vernon, TX 76384                         Vernon, TX 76384
Tel: 940-552-2167                        Tel: 940-552-0634
Cell: 940-886-8651                       Cell: 940-886-6672

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

C.A. No._____

**Defendant  List**

1. MasterCard International Incorporated
2. VISA  USA Inc.
3. EDP Licensing, Inc.
4. Johnny Cash Pre Paid Card
5. Green Dot Corporation
6. Next Estate Communications Inc.
7. American Express Travel Related Services Company, Inc.
8. MIO SnapPay Cash Cards
9. Dollar General Stores  Pre Paid Cash Cards, Green Dot Corp.
10. Rite Aid Stores Pre Paid Cash Cards, Green Dot Corp.
11. Walgreen Stores PrePaid Cash Cards, Green Dot Corp.
12. CVS Pharmacy, Pre Paid Cash Cards, Green Dot Corp.,
13. Eckerd Pharmacy, Pre Paid Cash Cards, Green Dot Corp.
14. Sunoco, Pre Paid Cash Cards, Green Dot Corp.
15. Pathmark Pre Paid Cash Cards, Green Dot Corp.
16. Kum & Go, Pre Paid Cash Cards, Green Dot Corp.
17. Hess, Pre Paid Cash Cards, Green Dot Corp.
18. Cumberland Farms, Pre Paid Cash Cards, Green Dot Corp.
19. Food Lion, Pre Paid Cash Cards, Green Dot Corp.
20. Columbus Bank and Trust Company
21. BANKFIRST
22. First Premier Bank
23. Net Spend
24. Radio Shack

JS 44 (Rev. 11/04)

**CIVIL COVER SHEET**

7-06CV-123-R

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

John D. Taylor, and son
Steve K. Taylor
2204 Stephens St.
Vernon Tx. 76384

**(b)** County of Residence of First Listed Plaintiff  Wilbarger
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

John D. Taylor, 2204 Stephens St. Vernon Tx. 76384
Taylor Corp. Pre-Paid Cash Cards Unlimited  940-552-0634

**DEFENDANTS**

Master Card International Incorporated
et. al.

County of Residence of First Listed Defendant  Purchase, NY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)

Copyright Infringement

Brief description of cause:  Plaintiffs claim infringement did by Defendants

**VII. REQUESTED IN COMPLAINT:**

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 257 Million Dollars

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____