IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

FILED
October 27, 2006

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JOHN D. TAYLOR and STEVE K. TAYLOR, § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 7:06-CV-0123-R |
| § | |
| MASTERCARD INTERNATIONAL INCORPORATED, et al., § § § § | |
| Defendants. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted and they are adopted as the Findings and Conclusions of the Court. Accordingly, the defendants' motions to dismiss are **GRANTED** (docs. 7, 9, 11, 38, 39, 46, 48, 53, 61, 67, 102) and the plaintiffs' complaint is dismissed with prejudice as to all the defendants. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

Signed this 27th day of October, 2006.

_____
JERRY BUCHMEYER
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS