**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **JOHN D. TAYLOR, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **Civil Action No.  7:06-cv-123-R** |
| | § | |
| **MasterCard International, Inc., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER DENYING MOTION FOR SANCTIONS

Before the Court is Defendant MasterCard International Inc.'s Motion for Sanctions

(Dkt. No. 70) and Supplemental Motion for Sanctions (Dkt. No. 133) and Plaintiff's Objection to

Defendant's Motion for Sanctions (Dkt. No. 140).  After considering the motion and objection,

the Court is of the opinion that the motion should be DENIED.

It is so **ORDERED.**

**ENTERED:   January 9, 2007.**

_____

**JUDGE JERRY BUCHMEYER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**